UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

***

| | | |
|---|---|---|
| DUSTIN SEEGRIST, a/k/a Dustin Ray Seegrist, | * | CIV 19-5009 |
| Plaintiff, vs. | * | |
| OFFICER DALTON GUSTAFSON, OFFICER MATTHEW HOWER, K-9 Handler; OFFICER ZECHARIAH STRINGER; OFFICER ALEXANDER KING at the Rapid City Police Department, in their individual capacities; and CITY OF RAPID CITY, SOUTH DAKOTA; | * | JUDGMENT OF DISMISSAL |
| Defendants. | * | |

***

Based upon the Joint Stipulation for Dismissal, Doc. 43, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, with prejudice, each party to bear its own costs and fees.

Dated this 22nd day of May, 2023.

BY THE COURT:

_/s/ Lawrence L. Piersol_
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_/s/ Matthew Thelen_